**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
**Plaintiff–Appellant,**

v.

**FOTONA D.D., Defendant–Appellee.**

No. 2010–1428.

United States Court of Appeals,
Federal Circuit.

Aug. 24, 2010.

Philip J. Graves, Graves & Walton LLP, Los Angeles, CA, for Defendant–Appellee.

James S. Azadian, Enterprise Counsel Group, Irvine, CA, for Defendant–Appellee.

## ORDER

Upon review of this recently docketed appeal, the court considers whether Millennium Dental Technologies, Inc. should be directed to show cause why its appeal should not be dismissed.

Millennium's notice of appeal states that it is appealing from a ruling granting Fotona D.D.'s motion to enforcement settlement as entered on the docket on June 10, 2010. It appears from a review of the district court's docket sheet that neither the court's final order nor the court's final judgment have issued. Therefore, it appears that this appeal may be premature.

Accordingly,

IT IS ORDERED THAT:

(1) The appellant is directed to respond, within 21 days from the date of filing of this order, concerning why this appeal should not be dismissed. The appellee may also respond within that time.

(2) The briefing schedule is stayed.